Order Filed on August 20, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Heather Lynn Anderson (15962003)
Deputy Attorney General
Richard J. Hughes Justice Complex
25 W. Market Street
P.O. Box 106
Trenton, New Jersey 08625
```

In Re:

EILLIO and NIA GRIFFIN,

    Debtors.

Case No.: 18-17375 (KCF)

Hearing Date: September 12, 2018

Judge: Ferguson, U.S.B.J.

CONSENT ORDER RECLASSIFYING PROOF OF CLAIM

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

**DATED: August 20, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Case 18-17375-KCF   Doc 27   Filed 08/20/18   Entered 08/20/18 16:23:08   Desc Main
Document      Page 2 of 2

Page 2
Debtor: Griffin
Case No.: 18-17375
Caption of Order: CONSENT ORDER

This matter having been presented to the Court by Debtors, Elliot and Nia Griffin ("Debtors"), by and through their counsel Robert Manchel, Esq., on Motion Objecting to the State of New Jersey, Division if Taxation's Proofs of Claim, and such Motion having been opposed by the State of New Jersey, Division of Taxation ("N.J. Division"), by and through its attorney, Gurbir S. Grewal, Attorney General of New Jersey (Heather Lynn Anderson, Deputy Attorney General, appearing), and good and sufficient cause appearing for the entry of the within Order;

(1) IT IS HEREBY ORDERED THAT the N.J. Division's Secured Proof of Claim, Claim No. 12-1, filed on June 20, 2018, in the amount of $19,579.29, is hereby superseded by Claim No. 12-2, filed on August 8, 2018, in the amount of $8,779.29; and

(2) IT IS FURTHER ORDERED THAT Claim No. 12-2 is hereby reclassified as a General Unsecured Claim in the amount of $2,106.50 and a Priority Claim in the amount of $6,672.79; and

(3) IT IS FURTHER ORDERED THAT the N.J. Division's Priority Claim in the amount of $6,672.79 shall be paid in full through the Debtors' Chapter 13 Plan; and

(4) IT IS FURTHER ORDERED THAT the N.J. Division's General Unsecured Claim in the amount of $2,106.50 shall be paid pursuant to the terms of Debtors' Chapter 13 Plan.

CONSENTED AS TO FORM AND ENTRY:

Attorneys for the Debtors

_____  8/20/18
Robert Manchel, Esq.

GURBIR S. GREWAL
Attorney General of
 New Jersey

_____
Heather Lynn Anderson
Deputy Attorney General