```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Heather Lynn Anderson (15962003)
Deputy Attorney General
Richard J. Hughes Justice Complex
25 W. Market Street
P.O. Box 106
Trenton, New Jersey 08625
```

**Order Filed on August 20, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| In Re: | Case No.: 18-17375 (KCF) |
|---|---|
| EILLIO and NIA GRIFFIN, | Hearing Date: September 12, 2018 |
| Debtors. | Judge: Ferguson, U.S.B.J. |

CONSENT ORDER RECLASSIFYING PROOF OF CLAIM

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

**DATED: August 20, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Page 2
Debtor: Griffin
Case No.: 18-17375
Caption of Order: CONSENT ORDER

    This matter having been presented to the Court by Debtors, Elliot and Nia Griffin ("Debtors"), by and through their counsel Robert Manchel, Esq., on Motion Objecting to the State of New Jersey, Division if Taxation's Proofs of Claim, and such Motion having been opposed by the State of New Jersey, Division of Taxation ("N.J. Division"), by and through its attorney, Gurbir S. Grewal, Attorney General of New Jersey (Heather Lynn Anderson, Deputy Attorney General, appearing), and good and sufficient cause appearing for the entry of the within Order;

(1) IT IS HEREBY ORDERED THAT the N.J. Division's Secured Proof of Claim, Claim No. 12-1, filed on June 20, 2018, in the amount of $19,579.29, is hereby superseded by Claim No. 12-2, filed on August 8, 2018, in the amount of $8,779.29; and

(2) IT IS FURTHER ORDERED THAT Claim No. 12-2 is hereby reclassified as a General Unsecured Claim in the amount of $2,106.50 and a Priority Claim in the amount of $6,672.79; and

(3) IT IS FURTHER ORDERED THAT the N.J. Division's Priority Claim in the amount of $6,672.79 shall be paid in full through the Debtors' Chapter 13 Plan; and

(4) IT IS FURTHER ORDERED THAT the N.J. Division's General Unsecured Claim in the amount of $2,106.50 shall be paid pursuant to the terms of Debtors' Chapter 13 Plan.

CONSENTED AS TO FORM AND ENTRY:

Attorneys for the Debtors

_____  8/20/18
Robert Manchel, Esq.

GURBIR S. GREWAL
Attorney General of
  New Jersey

_____
Heather Lynn Anderson
Deputy Attorney General

United States Bankruptcy Court
District of New Jersey

In re:  
Elliot A. Griffin  
Nia Griffin  
    Debtors

Case No. 18-17375-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Aug 20, 2018  
                              Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2018.  
db/jdb      +Elliot A. Griffin,  Nia Griffin,  44 Bradford Lane,  Willingboro, NJ 08046-1539

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2018                                                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2018 at the address(es) listed below:  
        Albert   Russo    docs@russotrustee.com  
        Heather Lynn  Anderson    on behalf of Creditor   State Of New Jersey Division Of Taxation   heather.anderson@law.dol.lps.state.nj.us  
        Jill   Manzo    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bankruptcy@feinsuch.com  
        R. A. Lebron    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bankruptcy@feinsuch.com  
        Rebecca Ann Solarz    on behalf of Creditor   Toyota Motor Credit Corporation   rsolarz@kmllawgroup.com  
        Robert   Manchel    on behalf of Joint Debtor Nia  Griffin manchellaw@yahoo.com  
        Robert   Manchel    on behalf of Debtor Elliot A. Griffin manchellaw@yahoo.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
        TOTAL: 8