UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Robert Manchel, Esq.
1 Eves Drive, Suite 111
Marlton, NJ 08053
Attorney for Debtors
RM-1141

In Re:

Elliot A. and Nia Griffin

Case No. 18-17375KCF

Judge:

Chapter 13

**CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION TO**

    **X**    **CREDITOR'S MOTION or CERTIFICATION OF DEFAULT**

    **TRUSTEE'S MOTION or CERTIFICATION OF DEFAULT**

The debtors in the above-captioned chapter 13 proceeding hereby object to the following (**choose one**):

1.    __X__ Motion for Relief from the Automatic Stay filed by <u>PennyMac Loan Services LLC</u>, creditor. A hearing has been scheduled for <u>September 12, 2018</u>, at <u>10:00</u> a.m.

                      OR

_____ Motion to Dismiss filed by the Standing Chapter 13 Trustee. A hearing has been scheduled for _____ at ____ a.m.

                      OR

_____ Certification of Default filed by _____, creditor. We are requesting that a hearing be scheduled on this matter.

                      OR

_____ Certification of Default filed by Standing Chapter 13 Trustee. We are requesting that a hearing be scheduled on this matter.

2. We are objecting to the above for the following reasons (**choose one**):

\_\_\_\_\_ Payments have been made in the amount of $_____, but have not been accounted for. Documentation in support is attached hereto.

\_\_\_\_\_ Payments have not been made for the following reasons and debtor proposes repayment as follows (**explain your answer**):

__X__ Other: We are able to make an immediate payment of $5,500. We wish to resume regular payments as of October 2018 and cure the balance of the arrears over six (6) months. We respectfully request the court deny the movant's request for relief & allow us to cure the arrears and continue with our bankruptcy plan.

3. This certification is being made in an effort to resolve the issues raised by the creditor in its motion.

4. We certify under penalty of perjury that the foregoing is true and correct.


Date:   9/3/2018                                /s/ Elliot Griffin
                                                Elliot Griffin, debtor


Date:   9/3/2018                                /s/ Nia Griffin
                                                Nia Griffin, debtor