Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−17375−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Elliot A. Griffin
44 Bradford Lane
Willingboro, NJ 08046

Nia Griffin
44 Bradford Lane
Willingboro, NJ 08046

Social Security No.:
xxx−xx−5713

xxx−xx−8724

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on September 19, 2018.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: September 19, 2018
JAN: slf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-17375-KCF
Elliot A. Griffin                                                     Chapter 13
Nia Griffin
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Sep 19, 2018
                              Form ID: 148             Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 21, 2018.
```
db/jdb         +Elliot A. Griffin,    Nia Griffin,    44 Bradford Lane,    Willingboro, NJ 08046-1539
517452294      +Ars Account Resolution,    1643 Harrison Pkwy Ste 1,    Sunrise, FL 33323-2857
517452296      +Chase Auto,    P.o. Box 901003,    Fort Worth, TX 76101-2003
517452300      +Fed Loan Serv,    Po Box 60610,    Harrisburg, PA 17106-0610
517452302      +GP Burlington LLC,    c/o Robert P. Weishoff,    3863 Sylon Blvd, PO Box 355,
                 Hainesport, NJ 08036-0355
517452304      +Lyons, Doughty & Veldhuis,    136 Gaither Drive, Suite 100,    PO Box 1269,
                 Mount Laurel, NJ 08054-7269
517452308       PennyMac Loan Services, LLC,    PO Box 514387,    Los Angeles, CA 90051-4387
517598966       Pennymac Loan Services, LLC,    P.O. Box 2010,    Moorpark, CA  93020
517452306      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:   NJ Division of Taxation,    Casual Sales Section,    PO Box 267,
                 Trenton, NJ 08695-0267)
517452309      +Springleaf Financial S,    187 Kenwood Dr N Ste C,    Levittown, PA 19055-2460
517452310      +Tenaglia & Hunt PA,    395 West Passaic St., Suite 205,    Rochelle Park, NJ 07662-3016
517483576      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
517452313      +Transnatl,    1162 St Georges Av,    Avenel, NJ 07001-1263
517756520       U.S. Department of Education,    C/O FedLoan Servicing,    P.O. Box 69184,
                 Harrisburg PA 17106-9184
517452314      +US Department Of Education,    Po Box 5609,    Greenville, TX 75403-5609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 20 2018 00:13:58      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 20 2018 00:13:55      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517581116      +EDI: CINGMIDLAND.COM Sep 20 2018 03:38:00      AT&T Mobility II LLC,    %AT&T SERVICES INC.,
                 KAREN A. CAVAGNARO PARALEGAL,    ONE AT&T WAY, SUITE 3A104,    BEDMINSTER, NJ. 07921-2693
517452293      +EDI: AARGON.COM Sep 20 2018 03:38:00      Aargon Collection Agen,    8668 Spring Mountain Rd,
                 Las Vegas, NV 89117-4132
517452295       EDI: CAPITALONE.COM Sep 20 2018 03:38:00      Capital One,    15000 Capital One Dr,
                 Richmond, VA 23238
517541546       EDI: CAPITALONE.COM Sep 20 2018 03:38:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
517452298      +EDI: RCSFNBMARIN.COM Sep 20 2018 03:38:00      Credit One Bank Na,    Po Box 98875,
                 Las Vegas, NV 89193-8875
517452299      +E-mail/Text: bknotice@ercbpo.com Sep 20 2018 00:14:02      Enhanced Recovery Co L,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
517452301      +EDI: AMINFOFP.COM Sep 20 2018 03:38:00      First Premier Bank,    601 S Minnesota Ave,
                 Sioux Falls, SD 57104-4868
517452303      +EDI: HFC.COM Sep 20 2018 03:38:00      Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
517600748       EDI: MERRICKBANK.COM Sep 20 2018 03:38:00      MERRICK BANK,    Resurgent Capital Services,
                 PO Box 10368,    Greenville, SC 29603-0368
517452305      +EDI: MERRICKBANK.COM Sep 20 2018 03:38:00      Merrick Bank Corp,    Pob 9201,
                 Old Bethpage, NY 11804-9001
517580578      +EDI: MID8.COM Sep 20 2018 03:38:00      Midland Funding LLC,    PO Box 2011,
                 Warren, MI 48090-2011
517522398       EDI: AGFINANCE.COM Sep 20 2018 03:38:00      ONEMAIN,    P.O. BOX 3251,
                 EVANSVILLE, IN 47731-3251
517452307      +EDI: AGFINANCE.COM Sep 20 2018 03:38:00      Onemain,    Po Box 1010,    Evansville, IN 47706-1010
517596234       EDI: PRA.COM Sep 20 2018 03:38:00      Portfolio Recovery Associates, LLC,    PO Box 41067,
                 Norfolk, VA 23541
517596235       EDI: PRA.COM Sep 20 2018 03:38:00      Portfolio Recovery Associates, LLC,    PO Box 41067,
                 Norfolk, VA 23541,    Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
517595837      +EDI: JEFFERSONCAP.COM Sep 20 2018 03:38:00      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
517566630      +EDI: AIS.COM Sep 20 2018 03:38:00      T Mobile/T-Mobile USA Inc,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517452311      +EDI: CITICORP.COM Sep 20 2018 03:38:00      Thd/cbna,    Po Box 6497,
                 Sioux Falls, SD 57117-6497
517452312      +EDI: TFSR.COM Sep 20 2018 03:38:00      Toyota Motor Credit,    Po Box 9786,
                 Cedar Rapids, IA 52409-0004
                                                                                               TOTAL: 21

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517452297      Comenity Bank/fashbug
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Sep 19, 2018
                              Form ID: 148             Total Noticed: 36

517601853*     ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                 TRENTON NJ 08646-0245
                 (address filed with court:  State of New Jersey,   Division of Taxation,   Bankruptcy Section,
                   PO Box 245,   Trenton, NJ 08695-0245)
                                                                                         TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 19, 2018 at the address(es) listed below:
              Albert Russo    docs@russotrustee.com
              Heather Lynn Anderson    on behalf of Creditor   State Of New Jersey Division Of Taxation
               heather.anderson@law.dol.lps.state.nj.us
              Jill Manzo    on behalf of Creditor   PENNYMAC LOAN SERVICES, LLC bankruptcy@feinsuch.com
              R. A. Lebron    on behalf of Creditor   PENNYMAC LOAN SERVICES, LLC bankruptcy@feinsuch.com
              Rebecca Ann Solarz    on behalf of Creditor   Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              Robert Manchel    on behalf of Joint Debtor Nia  Griffin manchellaw@yahoo.com
              Robert Manchel    on behalf of Debtor Elliot A. Griffin manchellaw@yahoo.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 8
```