UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**FEIN, SUCH, KAHN & SHEPARD, P.C.**
Counsellors at Law
7 Century Drive - Suite 201
Parsippany, New Jersey 07054
(973) 538-9300
Attorneys for Movant
PENNYMAC LOAN SERVICES, LLC
R.A. LEBRON, ESQ.
936IUC
bankruptcy@feinsuch.com

Order Filed on September 24, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ELLIOT A. GRIFFIN and NIA GRIFFIN

  Debtor(s).

Case No.:  18-17375 KCF

Chapter:   13

Hearing Date: September 12, 2018

Judge:  Hon. Kathryn C. Ferguson, Chief Judge

---

Recommended Local Form:  ☒ Followed  ☐ Modified

---

ORDER RESOLVING MOTION TO VACATE STAY
AND/OR MOTION TO DISMISS
WITH CONDITIONS


The relief set forth on the following page(s) is hereby **ORDERED**.


**DATED: September 24, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

| | |
|---|---|
| Applicant: | PENNYMAC LOAN SERVICES, LLC |
| Applicant's Counsel: | Fein, Such, Kahn & Shepard, P.C. |
| Debtors' Counsel: | ROBERT MANCHEL |
| Property Involved (Collateral") | 44 BRADFORD LANE WILLINGBORO, NJ 08046 |

Relief sought:    ☒  Motion for relief from the automatic stay

☐  Motion to dismiss

☐  Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

☒  The Debtors are overdue for 5 months, from May, 2018 to September, 2018.

☒  The Debtors are overdue for 5 payments at $1,649.19 per month.

☐  The Debtors are assessed for N/A late charges at N/A per month.

☐  Applicant acknowledges receipt of funds in the amount of N/A received after the motion was filed.

Total Arrearages Due $8,245.95.

2. Debtors must cure all post-petition arrearages, as follows:

☒  Immediate payment shall be made in the amount of $5,500.00. Payment shall be made no later than September 20, 2018.

☒  Beginning on October 1, 2018, regular monthly mortgage payments shall continue to be made in the amount of $1,649.18.

☒  Beginning October, 2018, additional monthly cure payments shall be made for 6 months. Debtors shall make cure payments in the amount of $457.66 for October, 2018 through February, 2019 and $457.65 for March, 2019.

☐  The amount of $N/A shall be capitalized in the Debtors'
Chapter 13 plan. The Debtors' monthly payment to the Chapter
13 Trustee is modified to be $N/A per month.

3. Payments to the Secured Creditor shall be made to the
following address(es):

☒   Immediate payment:            Pennymac Loan Services, LLC
                                  c/o Fein, Such, Kahn & Shepard P.C.
                                  7 Century Drive Suite 201,
                                  Parsippany, NJ 07054


☒   Regular monthly payment:      Pennymac Loan Services, LLC c/o
                                  3043 Townsgate Road
                                  Westlake Village, CA 91361


☒   Monthly cure payment:         Pennymac Loan Services, LLC c/o
                                  3043 Townsgate Road
                                  Westlake Village, CA 91361


4. In the event of Default:

    ☒  If the Debtors fail to make the immediate payment specified
    above or fails to make any regular monthly payment or the
    additional monthly cure payment within thirty (30) days of the
    date the payments are due, then the Secured Creditor may obtain
    an Order Vacating the Automatic Stay as to the Collateral by
    filing, with the Bankruptcy Court, a Certification specifying the
    Debtors' failure to comply with this Order. At the time the
    Certification is filed with the court, a copy of the
    Certification shall be sent to the Chapter 13 Trustee, the
    Debtors, and the Debtors' attorney.

    ☐  If the bankruptcy case is dismissed, or if the automatic stay
    is vacated, the filing of a new bankruptcy case will not act to
    impose the automatic stay against the Secured Creditor's
    opportunity to proceed against its Collateral without further
    Order of the Court.

5.   Award of Attorneys' Fees:

    ☒  The Applicant is awarded attorneys fees of $400.00, and costs
    of $181.00.

        The fees and costs are payable:

        ☒   through the Chapter 13 plan.

        ☐   to the Secured Creditor within _____ days.

    ☐  Attorneys' fees are not awarded.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 18-17375-KCF
Elliot A. Griffin                                                                               Chapter 13
Nia Griffin
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1                Date Rcvd: Sep 24, 2018
                             Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 26, 2018.
db/jdb        +Elliot A. Griffin,   Nia Griffin,   44 Bradford Lane,   Willingboro, NJ 08046-1539

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2018                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 24, 2018 at the address(es) listed below:
          Albert  Russo    docs@russotrustee.com
          Heather Lynn  Anderson    on behalf of Creditor    State Of New Jersey Division Of Taxation
           heather.anderson@law.dol.lps.state.nj.us
          Jill  Manzo    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bankruptcy@feinsuch.com
          R. A. Lebron    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bankruptcy@feinsuch.com
          Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
           rsolarz@kmllawgroup.com
          Robert  Manchel    on behalf of Joint Debtor Nia  Griffin manchellaw@yahoo.com
          Robert  Manchel    on behalf of Debtor Elliot A. Griffin manchellaw@yahoo.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                     TOTAL: 8